UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

ASPEN LICENSING
INTERNATIONAL, INC.,

    Plaintiff,

v.                            CIVIL ACTION NO. 4:06-CV-575

VICTORIA'S SECRET STORES, LLC.,
VICTORIA'S SECRET DIRECT, LLC, and
BATH & BODY WORKS, INC.

    Defendants.
_____/

## MOTION TO DELETE INADVERTENTLY FILED EXHIBIT PAGE

Plaintiff, Aspen Licensing International, Inc. ("ALI"), hereby moves to have page 16 of Exhibit F to Plaintiff's Complaint removed from Exhibit F. This page was inadvertently included in the Exhibit and should be removed.

Submitted this 21st day of December, 2006.

                                          PENNINGTON MOORE WILKINSON
                                          BELL & DUNBAR, P.A.
                                          Attorneys for Plaintiff
                                          215 S. Monroe St., 2nd Floor
                                          Tallahassee, FL 32301
                                          Phone: (850) 222-3533
                                          Fax:   (850) 222-2126

                                          By:  /William H. Hollimon
                                               WILLIAM H. HOLLIMON
                                          Florida Bar No. 0104868
                                          bhollimon@penningtonlaw.com